IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

---

JAMES D. HALLINAN,　　　　　　　　　　　Civil File No. 2:12-CV-02280-RDR

　　　　Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　STIPULATION OF DISMISSAL
　　　　　　　　　　　　　　　　　　　　　　　　WITH PREJUDICE
PORTFOLIO RECOVERY ASSOCIATES, LLC.,

　　　　Defendant.

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff James D. Hallinan, and the defendant, Portfolio Recovery Associates, LLC hereby stipulate to the dismissal of the above-styled case and any claims that were raised, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: July 3, 2012　　　　　　　　　　By /s/J. Mark Meinhardt
　　　　　　　　　　　　　　　　　　　　J. Mark Meinhardt #20245
　　　　　　　　　　　　　　　　　　　　9400 Reeds Road, Suite 210
　　　　　　　　　　　　　　　　　　　　Overland Park, KS 66207
　　　　　　　　　　　　　　　　　　　　Telephone:　(913) 451-9797
　　　　　　　　　　　　　　　　　　　　Fax:　　　　(913) 451-6163
　　　　　　　　　　　　　　　　　　　　Email:　　　mark@meinhardtlaw.com
　　　　　　　　　　　　　　　　　　　　ATTORNEY FOR PLAINTIFF

Dated: July 3, 2012　　　　　　　　　　By /s/Joshua C. Dickinson
　　　　　　　　　　　　　　　　　　　　Joshua C. Dickinson #20632
　　　　　　　　　　　　　　　　　　　　Spencer Fane Britt & Browne LLP.
　　　　　　　　　　　　　　　　　　　　1000 Walnut, Suite 1400
　　　　　　　　　　　　　　　　　　　　Kansas City, MO 64106
　　　　　　　　　　　　　　　　　　　　Telephone:　(816) 474-8100
　　　　　　　　　　　　　　　　　　　　Fax:　　　　(816) 474-3216
　　　　　　　　　　　　　　　　　　　　Email:　　　jdickinson@spencerfane.com
　　　　　　　　　　　　　　　　　　　　ATTORNEY FOR DEFENDANT